# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1407<br>CASE NO. 3:05cv711-HTW-JCS |
| LARRY ESTEP,<br><br>          Plaintiff<br><br>vs<br><br>BLOCK DRUG COMPANY, INC.<br><br>          Defendant | ORDER OF DISMISSAL |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that BLOCK DRUG COMPANY, INC., is dismissed with prejudice without costs to any party pursuant to the attached Stipulation of Dismissal signed by counsel for the parties in this matter, and that a final judgment is entered.

Dated:  January 31, 2007

                    s/ HENRY T. WINGATE
                    CHIEF UNITED STATES DISTRICT JUDGE